FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

OCT 17 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>**RICHARD REVAL SR.**,<br><br>　　　　Defendant. | CRIMINAL NO. 23-1546 DHU<br><br>Count 1: 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(C): Aggravated Sexual Abuse;<br><br>Count 2: 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(2)(D): Abusive Sexual Contact;<br><br>Counts 3-4: 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3): Abusive Sexual Contact. |

# INDICTMENT

The Grand Jury charges:

## Count 1

Between on or about August 1, 2006, and on or about February 27, 2012, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **RICHARD REVAL SR.**, an Indian, unlawfully and knowingly engaged in and attempted to engage in a sexual act with Jane Doe, a child who had not then attained the age of 12 years, and the sexual act consisted of penetration, however slight, of the genital opening of Jane Doe by a hand and finger of the defendant, and by any object, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2241(c), and 2246(2)(C).

## Count 2

Between on or about August 1, 2006, and on or about February 27, 2012, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **RICHARD**

REVAL SR., an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, a child who had not then attained the age of 12 years, and the sexual contact consisted of the defendant intentionally touching Jane Doe's genitalia, not through the clothing, with an intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5) and 2246(2)(D).

Count 3

Between on or about August 1, 2006, and on or about February 27, 2012, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **RICHARD REVAL SR.**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, a child who had not then attained the age of 12 years, and the sexual contact consisted of the defendant intentionally touching Jane Doe's genitalia, directly and through the clothing, with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3).

Count 4

Between on or about August 1, 2006, and on or about February 27, 2012, in Indian Country, in Rio Arriba County, in the District of New Mexico, the defendant, **RICHARD REVAL SR.**, an Indian, unlawfully and knowingly engaged in and caused sexual contact with Jane Doe, a child who had not then attained the age of 12 years, and the sexual contact consisted of the defendant intentionally touching Jane Doe's breasts, directly and through the clothing,

with the intent to abuse, humiliate, harass, degrade, and arouse and gratify the sexual desire of any person.

In violation of 18 U.S.C. §§ 1153, 2244(a)(5), and 2246(3).

A TRUE BILL:

_____15/_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney